UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NORMA MARILI GALDAMEZ RIVERA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement (ICE); RUBEN LEYVA, in his official capacity as ICE Field Officer Director and Warden in current custody of Petitioner; TODD BLANCHE, in his official capacity as the United States Attorney General, KELLY SPARKS, in his official capacity as the Sheriff of Davis County; the Executive Office for Immigration Review; and United States Immigration and Customs Enforcement,<br><br>Respondents. | **ORDER GRANTING IN PART [ECF NO. 8] EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Case No. 1:26-cv-00058-DBB<br><br>District Judge David Barlow |

Before the court is Petitioner's Emergency Motion for Temporary Restraining Order. The court considered the briefing, relevant law, and oral argument presented on May 13, 2026. For the reasons stated on the record, the court:

1. GRANTS IN PART [ECF No. 8] Emergency Motion for Temporary Restraining Order.

2. ORDERS Respondents to provide Petitioner with an expedited bond hearing under 8 U.S.C. § 1226(a) no later than six days from the date of this order.

3.  ENJOINS Respondents from denying bond to Petitioner on the basis that she is detained under 8 U.S.C. § 1225(b)(2).

4.  MODIFIES the court's Emergency Order Concerning Stay of Transfer or Removal to add Uintah County Jail as a permissible location for Petitioner's detention.

5.  ORDERS the parties to file a joint status report, confirming that the hearing took place.

Signed May 13, 2026.

BY THE COURT

David Barlow
United States District Judge